■ ANGELIQUE VASQUEZ, Appellant, v SEGUNDO I. BURI CHIMBORAZO et al., Respondents. [63 NYS3d 235]—

Order, Supreme Court, Bronx County (Donna M. Mills, J.),

entered November 28, 2016, which, in this action for personal injuries sustained in a motor vehicle accident, denied plaintiff's motion for partial summary judgment on the issue of liability, unanimously reversed, on the law, without costs, and the motion granted.

Plaintiff established her entitlement to judgment as a matter of law by submitting evidence that her vehicle was stopped at a red light when it was rear-ended by defendants' vehicle (*see Bajrami v Twinkle Cab Corp.*, 147 AD3d 649 [1st Dept 2017]). In opposition, defendants failed to provide a nonnegligent explanation for the accident. Defendants' opposition consisted of an affirmation of their attorney, who had no personal knowledge of the accident (*see Brown v Nocella*, 149 AD3d 470 [1st Dept 2017]). Moreover, the contention by defendants' counsel that plaintiff's vehicle stopped suddenly in the intersection was insufficient to rebut the presumption of negligence on the part of defendants' vehicle (*see Alvarez v Bryant*, 143 AD3d 527 [1st Dept 2016]). Concur—Manzanet-Daniels, J.P., Andrias, Gische, Kern and Singh, JJ.